[No. 16935-9-III.    Division Three.    July 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS RAY COMESLAST, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-01530-1, Michael E. Donohue, J., entered September 26, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 17042-0-III.    Division Three.    July 20, 1999.]

PERSONNEL UNLIMITED, INC., *Respondent*, v. BOVAY NORTHWEST, INC., *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-02742-4, Salvatore F. Cozza, J., entered October 17, 1997. *Reversed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.

[Nos. 17251-1-III; 17252-0-III.    Division Three.    July 20, 1999.]

*In the Matter of the Custody of* KYLE GARBER, ET AL.

BRUCE GARBER, ET AL., *Appellants*, v. KELLY LYNN ANN GARBER, ET AL., *Defendants*, MARSEAN RUBLE, *Respondent*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 96-3-01828-9, 96-3-01813-7, David Crouse, J. Pro Tem., entered January 20, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 17268-6-III.    Division Three.    July 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL ERNESTO GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-01447-1, Susan L. Hahn, J., entered January 26, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kato, JJ.